FILED

NOV 1 5 2002

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KEITH RAUL WILSON,

       Petitioner,

vs.

DERRAL ADAMS, Warden,

       Respondent.

No. C 02-3278 VRW (PR)

ORDER

Per order filed on October 1, 2002, the court granted petitioner's motion for appointment of counsel under 18 USC § 3006A and referred the matter to the Federal Public Defender's Office for their prompt selection of a qualified attorney to represent petitioner in these federal habeas corpus proceedings. The court added that "[s]elected counsel shall file an appearance as soon as he is selected and, by no later than December 2, 2002, shall file a First Amended Petition for a Writ of Habeas Corpus." Oct 1, 2002 Order at 3.

The Federal Public Defender's Office recently informed the court in writing that panel attorney Barry L. Morris has conditionally accepted the appointment. Mr. Morris simply requests that the court grant him an extension of time of approximately three months to request and obtain the state trial court's case file, review it and prepare a First Amended Petition.

1                Good cause appearing, Mr. Morris shall file an appearance within 15 days

2 of this order and, by no later than March 3, 2003, shall file a First Amended

3 Petition for a Writ of Habeas Corpus.

4                The Clerk shall send a copy of this order to petitioner, the Federal Public

5 Defender's Office (to the attention of Ruben P. Deang, Jr., Panel Administrator)

6 and to Barry L. Morris (1260 B Street, Suite 220, Hayward, CA 94541).

7                SO ORDERED.

8

9                                        VAUGHN R. WALKER
                                       United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                                2