FILED

NOV 25 2003

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KEITH WILSON,

    Petitioner,

    v

DERRAL ADAMS,

    Respondent.

_____/

No C 02-3278 VRW

ORDER

    The court is in receipt of a letter dated October 22, 2003, from petitioner Keith Wilson (see attached). Petitioner requests the court's assistance in ascertaining the status of his case.

    On November 18, 2002, the court approved the appointment of Barry L Morris as counsel for petitioner. Doc # 12. No action having been taken, on April 24, 2003, the court issued an order to show cause why the petition should not be dismissed for failure to prosecute. Doc # 13. Petitioner filed a pro se response to the April 2003 order to show cause (Doc # 14); petitioner's counsel,

however, has filed nothing since his court appointment to represent petitioner.

Accordingly, the court ORDERS petitioner's counsel to report to the court at 10:30 am on Tuesday, December 9, 2003, for a status conference. Should petitioner's counsel be unable to appear on that date, petitioner's counsel should arrange a different date for a status conference with the court's deputy clerk, Cora Delfin, who may be contacted at (415) 522-2039.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Judge

KEITH R. WILSON
P-45543  ~~T4-223~~ ES-207
S.A.T.F.  P.O. BOX 5242
CORCORAN, CA 93212-5242
IN PROPRIA PERSONA

22 OCTOBER 2003

OFFICE OF CLERK RICHARD W. WIEKING
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
U.S. COURTHOUSE
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102-3483



    On 1 Oct 02 this Honorable Court issues an order Granting Motion for Appointment of Counsel(Case # C 02-3278 VRW(PR), ordering the Federal Public Defender's Office to represent Petitioner due to mental disability issues. Mr. Barry Morris conditionally accepted the appointment and was to file a First Amended Petition for a Writ of Habeas Corpus on behalf of Petitioner.

    On 24 April 03 Petitioner received an Order from this Honorable Court indicating Petitioner must SHOW CAUSE in a writing not to exceed five pages why his petition should not be DISMISSED for failure to prosecute.

    On 27 May 03, Petitioner submitted a RETURN TO ORDER TO SHOW CAUSE to this Honorable Court concerning the aforementioned issues. As of this date Petitioner has received no response and is concerned about the status of his 2254 petition and related matters.

    I respectfully request your assistance in ascertaining the current status of my petition. Thank you for your time concerning this matter.

Respectfully submitted,

*... for a CDC Number*

| Lastname | From / To | | | Date Rec'd | Date Sent |
|---|---|---|---|---|---|
| P-45543 | WILSON | US DISTRICT COU | SAN JOSE | CA 95113-3008 | | 5/30/02 |
| P-45543 | WILSON | US DISTRICT COU | SAN FRANCISCO | CA 94102-9680 | | 7/18/02 |
| P-45543 | WILSON | MORRIS, Attorney( | HAYWARD | CA 94541- | | 11/21/02 |
| P-45543 | WILSON | MORRIS, Attorney( | HAYWARD | CA 94541- | | 12/12/02 |
| P-45543 | WILSON | WIEKING, OFFICE | SAN FRANCISCO | CA 94102-3483 | | 5/27/03 |
| P-45543 | WILSON | U.S. COURT OF AP | SAN FRANCISCO | CA 94119-3939 | 5/23/02 | |
| P-45543 | WILSON (RTS) | US DISTRICT COU | SAN JOSE | CA 95113-3008 | 6/26/02 | |
| P-45543 | WILSON | WHITE, INSPECTO | SACRAMENTO | CA 95812-1498 | 10/1/02 | |
| P-45543 | WILSON | US DISTRICT COU | SAN FRANCISCO | CA 94102- | 10/7/02 | |
| P-45543 | WILSON | INSPECTOR GENE | SACRAMENTO | CA 95834-8780 | 11/12/02 | |
| P-45543 | WILSON | FEDERAL PUBLIC | SAN FRANCISCO | CA 94102- | 11/18/02 | |
| P-45543 | WILSON | US DISTRICT COU | SAN FRANCISCO | CA 94102- | 11/19/02 | |

May 30, 2003

Page 1 of 1