BARRY L. MORRIS
Attorney at Law
State Bar No. 48368
1260 B Street, Suite 220
Hayward, California 94541
(510) 247-1100
fax: (510) 601-0229

Attorney for Petitioner
KEITH WILSON

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

KEITH WILSON,

        Petitioner,

v.

DERRAL ADAMS,

        Respondent/

No. C02-3278 VRW

Date; Janaury 22, 2004
Time: 2:00 p.m.

## Order

GOOD CAUSE APPEARING THEREFOR, it is hereby ordered that this matter be continued until February 24, 2004 at 9am for status hearing.

Dated:

HON. VAUGHN WALKER
United States District Judge

Order Continuing Status Hearing

FILED JAN 21 2004 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

COPIES MAILED TO SUBMITTING COUNSEL