BARRY L. MORRIS
Attorney at Law
State Bar No. 48368
1260 B Street, Suite 220
Hayward, California 94541
(510) 247-1100
fax: (510) 601-0229

Attorney for Petitioner
KEITH WILSON


FILED
APR 19 2004
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

KEITH WILSON,

        Petitioner,

v.

DERRAL ADAMS,

        Respondent/

No. C-02-3278 VRW

COPIES MAILED TO SUBMITTING COUNSEL

### Order Staying Petition and Dismissing Claims Two and Three Without Prejudice Pending Exhaustion of State Remedies

GOOD CAUSE APPEARING THEREFOR, it is hereby ordered that Claims Two and Three (Proposition 36, Incompetence of Appointed Counsel) of the petition filed in the instant case shall be dismissed, without prejudice. The Petition for Writ of Habeas Corpus is stayed as to the remaining Claim One (Unconstitutionality of California Three Strikes Law on its face and as applied).

Upon the exhaustion of state remedies as to Claims Two and Three, petitioner will be permitted to move amend the petition to add the newly-exhausted claims.

Dated:

[signature]

UNITED STATES DISTRICT JUDGE