**FILED**

SEP 2 0 2004

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KEITH WILSON,                           No C 02-3278 VRW

    Plaintiff,

    v                                   ORDER

DERRAL ADAMS,

    Defendant.
_____/

    This matter having been stayed by order dated April 19, 2004 (Doc # 24) pending exhaustion of state remedies, the court now orders the file for this case closed as an administrative matter. The petitioner may request re-opening of this case, and for the stay to be lifted, when state proceedings are completed.

    IT IS SO ORDERED.

VAUGHN R WALKER
United States District Judge

ENTERED IN CIVIL DOCKET 9/21/2004