United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEITH WILSON,

        Petitioner,

    v.

DERRAL ADAMS,

        Respondent.
_____/

No. C-02-3278 EMC

**ORDER GRANTING PETITIONER'S REQUEST TO AMEND PETITION**

**(Docket No. 34)**

Having reviewed Petitioner's status memorandum, the Court hereby **GRANTS** Petitioner's request to amend his petition. Petitioner has leave to amend his petition to include the two claims previously dismissed as unexhausted. In addition, Petitioner's amended petition must set forth the factual details supporting each claim. Petitioner has 120 days from the date of this order to file his amended petition. Should the Court ultimately order Respondent to answer the petition, Respondent is not barred from raising the issue of exhaustion.

    IT IS SO ORDERED.

Dated: March 19, 2012

                                                _____
                                                EDWARD M. CHEN
                                                United States District Judge