UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH WILSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DERRAL ADAMS,<br><br>　　　　Defendant.<br>_____/ | No. C-02-3278 EMC<br><br><br>**ORDER TO SHOW CAUSE** |

　　Petitioner, a state prisoner, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner is represented by counsel.

　　IT IS ORDERED as follows:

　　(1)　The Clerk of the Court shall serve a copy of the petition and this order upon Respondent and the Attorney General. *See* Section 2254 Rule 4. The Clerk of the Court shall also serve a copy of this order upon Petitioner's counsel.

　　(2)　Respondent shall file and serve an answer to the petition in accordance with Section 2254 Rule 5 and Habeas Corpus Local Rule 2254-6.

　　(3)　Petitioner may serve and file a traverse responding to matters raised in the answer in accordance with Section 2254 Rule 5 and Habeas Corpus Local Rule 2254-6.

Dated: September 19, 2012

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　EDWARD M. CHEN
　　　　　　　　　　　　　　　　　　United States District Judge