UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH WILSON, | No. C-02-3278 EMC |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE** |
| DERRAL ADAMS, | |
| Defendant. | |

Petitioner, a state prisoner, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner is represented by counsel.

IT IS ORDERED as follows:

(1) The Clerk of the Court shall serve a copy of the petition and this order upon Respondent and the Attorney General. *See* Section 2254 Rule 4. The Clerk of the Court shall also serve a copy of this order upon Petitioner's counsel.

(2) Respondent shall file and serve an answer to the petition in accordance with Section 2254 Rule 5 and Habeas Corpus Local Rule 2254-6.

(3) Petitioner may serve and file a traverse responding to matters raised in the answer in accordance with Section 2254 Rule 5 and Habeas Corpus Local Rule 2254-6.

Dated: September 19, 2012

_____
EDWARD M. CHEN
United States District Judge