1  MARK GOLDROSEN, CBN  101731
   Attorney at Law
2  255 Kansas Street, Suite 340
   San Francisco, CA  94103
3  TEL: (415) 565-9600
   FAX: (415) 565-9601
4
   Attorney for Petitioner
5  KEITH WILSON

6

7              IN THE UNITED STATES DISTRICT COURT

8            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                    SAN FRANCISCO VENUE

10

11 KEITH WILSON,                    )   NO. CR-02-3278-EMC
                                    )
12       Petitioner,                )
                                    )   **STATUS OF PETITIONER'S**
13 vs.                              )   **RESENTENCING IN STATE**
                                    )   **COURT**  ; ORDER DENYING
14 DERRAL ADAMS,                    )          PETITION AND
                                    )          CLOSING CASE
15       Respondent .               )
                                    )
16                                  )
                                    )
17                                  )
                                    )
18 _____)

19     In the above-entitled habeas corpus case, Petitioner Keith Wilson claimed that his 26

20 years to life sentence imposed pursuant to the California Three Strikes Law was unconstitutional.

21     On March 20, 2013, the undersigned informed the district court hat he had just learned of

22 petitioner's resentencing in state court under the amended Three Strikes law.  The undersigned

23 now submits the attached copy of the state court's minute order indicating that petitioner was

24 resentenced to six years in state prison.  In addition, on today's date, the undersigned received a

25 telephone call from petitioner who stated that he was released from prison after completing

26 service of his new sentence on March 29, 2013.

27     Petitioner's case is presently scheduled for a case management conference on May 23,

28

1  2013. In light of the foregoing, the petition for a writ of habeas corpus should be denied as moot.

2  DATED: April 2, 2013                                    Respectfully submitted,

4  IT IS SO ORDERED that Petitioner's petition       /s/ Mark Goldrosen
   is denied as moot. The Clerk of the Court         MARK GOLDROSEN
5  is directed to close this case.                   Attorney for Petitioner
                                                     KEITH WILSON

7  _____
8  Edward M. Chen
   U.S. District Judge

**IT IS SO ORDERED AS MODIFIED**
Judge Edward M. Chen

- 2 -